**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Reuben F. Avent**,

**Plaintiff,**

-against-

**Parole Officer L. Estevez et al**,

**Defendants.**

**20-CV-1197 (ALC)**

**ORDER**

---

**Andrew L. Carter, Jr.**, **United States District Judge:**

On February 23, 2021, Defendants requested a pre-motion conference in anticipation of their motion to dismiss Plaintiff's claims. The Court directed Plaintiff to respond by March 12, 2021. To date, Plaintiff has failed to respond. Plaintiff shall respond to Defendants' pre-motion conference request by July 28, 2021.

**SO ORDERED.**

Dated:   **July 14, 2021**
            **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**