```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/8/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REUBEN F. AVENT,<br><br>                              **Plaintiff,**<br><br>-against-<br><br>PAROLE OFFICER L. ESTEVEZ,<br><br>                             **Defendant.** | **20-cv-01197 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

On August 18, 2021, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). ECF No. 8. The Court advised Plaintiff that such a showing should be made by filing a written response by September 10, 2021. The Court warned Plaintiff that any failure by him to make this showing would result in a dismissal of this case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Plaintiff has not made such a showing. As such, the Court dismisses the case without prejudice for failure to prosecute. The Clerk of Court is respectfully requested to close this case. The Clerk of Court is respectfully directed to serve this Order on Plaintiff.

**SO ORDERED.**

Dated:     **December 8, 2021**
                **New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**